UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TINA HARRIS,**<br>    **Plaintiff,**<br><br>v<br><br>**NAVIENT SOLUTIONS, INC.,**<br>    **Defendant.** | § § § § § § § § § § § |

Civil Action No. 3:16-cv-00676 RNC

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ William C. Ruggiero* | */s/ Angela K. Troccoli* |
| William C. Ruggiero, Esquire | Angela K. Troccoli, Esquire |
| Ogletree, Deakins, Nash, Smoak & Stewart | Kimmel & Silverman, P.C. |
| 281 Tresser Boulevard, Suite 602 | 136 Main Street, Suite 301 |
| Stamford, CT 06901 | Danielson, CT 06239, |
| Direct Dial: (203) 969-3100 | Phone: (860) 866-4380 |
| will.ruggiero@ogletreedeakins.com | atroccoli@creditlaw.com |
| | |
| *Attorney for the Defendant* | *Attorney for the Plaintiff* |
| | |
| Date: November 21, 2017 | Date: November 21, 2017 |

BY THE COURT:

_____
                                             J.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire